UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | NO. 23-3355 |
| v. | ) | |
| | ) | |
| BERNHARD JAKITS, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

**DEFENDANT-APPELLANT'S MOTION TO DISMISS APPEAL**

Pursuant to Rule 42(b)(2) of the Federal Rules of Appellate Procedure, Defendant-Appellant hereby moves to voluntarily dismiss the appeal in the above-captioned matter.

For clarity and out of an abundance of caution, Defendant-Appellant notes the foregoing applies to this appeal only, and shall be without prejudice to the separate appeal currently pending before the Court in Case No. 23-3011.

Respectfully submitted,

*/s/ Tillman J. Finley*
Tillman J. Finley
MARINO FINLEY LLP
818 Connecticut Avenue, N.W., Suite 801
Washington, DC 20006
(202) 223-8888

David H. Thomas
TAFT STETTINIUS & HOLLISTER LLP
41 South High Street, Suite 1800
Columbus, OH 43215-6106

(614) 221-2838
*Counsel for Appellant*

I, Bernhard Jakits, am aware of and understand my right to appeal a release or detention order under 18 U.S.C. § 3145(c). I hereby confirm I have elected to withdraw the specific appeal docketed as Case No. 23-3355.

Dated: May 12, 2023

______________________________
Bernhard Jakits

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been served on May 15, 2023, by filing same via the CM/ECF system, which will send electronic notice to counsel of record.

In addition, I have also caused a copy of the foregoing to be served on Defendant-Appellant Bernhard Jakits by hand delivery.

*/s/ Tillman J. Finley*
Tillman J. Finley
MARINO FINLEY LLP
818 Connecticut Avenue, N.W., Suite 801
Washington, DC 20006
(202) 223-8888